# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| INFORMATION IMAGES, LLC | § § | |
| vs. | § § | NO:  WA:20-CV-00268-ADA |
| PGA TOUR, INC. | § § | |

## ORDER RESETTING PRETRIAL CONFERENCE

**IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for PRETRIAL CONFERENCE by Zoom on May 13, 2022 at 01:30 PM .

IT IS SO ORDERED this 18th day of April, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE