# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| INFORMATION IMAGES, LLC § | |
| § | CIVIL NO: |
| vs. § | WA:20-CV-00268-ADA |
| § | |
| PGA TOUR, INC. § | |

## ORDER CANCELLING JURY SELECTION AND TRIAL

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **JURY SELECTION AND TRIAL** on **Tuesday, May 31, 2022 at 09:00 AM is hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 17th day of May, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE