IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| INFORMATION IMAGES, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>    *Defendant*. | Civil Action No. 6:20-cv-00268 |

### FINAL JUDGMENT

The Court granted Defendant PGA TOUR, Inc.'s Motion for Summary Judgment of No Infringement on August 2, 2023. ECF No. 125. The Court now enters its Judgment as follows:

**IT IS ORDERED** that final judgment is entered in favor of Defendant and against Plaintiff. Plaintiff shall take nothing by this action.

**IT IS FURTHER ORDERED** that any and all motions not previously ruled upon by the Court are **DENIED** as moot.

**IT IS FURTHER ORDERED** that Defendant's remaining counterclaims and defenses are dismissed without prejudice.

**IT IS FURTHER ORDERED** that any relief not specifically granted in this judgment is **DENIED**.

**IT IS FINALLY ORDERED** that the Clerk of Court is directed to close the case.

**SIGNED** this 3rd day of August, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE